IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**SHERRIE ALLISON MILLER DALY**                                                              **PLAINTIFF**

**VERSUS**                                    **CIVIL ACTION NO. 2:11-CV-00066-MPM-DAS**

**PROVIDENT ADVERTISING AND**
**MARKETING, INC., ET AL.**                                                    **DEFENDANTS**

## ORDER

Before the court are two motions to quash (# 6 & # 7) filed by Defendant Anna Cladakis and non-party John Daly; a motion to strike (# 9) filed by the plaintiff; and two amended motions to quash (# 11 & # 12) filed by Cladakis and Daly. This case was removed to this court from the Circuit Court of Desoto County, Mississippi on March 28, 2011. The instant motions were all filed in the state court prior to removal. Because the subpoenas that are the subject of these motions issued from the state court, this court is without authority to quash them. *See* FED. R. CIV. P. 45. Moreover, because that court no longer has jurisdiction over this case, the subpoenas are without effect. Therefore, the instant motions are denied as moot.

**SO ORDERED** this 29th day of March, 2011.

                                                                             /s/ David A. Sanders
                                                                             **U. S. MAGISTRATE JUDGE**